| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:  **Lysette Coraggio** | Case No.: **23-14146**<br>Adversary No.: ____<br>Chapter: **13**<br>Judge: ____ |

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.
**NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Lysette Coraggio___
(Example: John Smith, creditor)

Old address:  184 Cindy Street
              Old Bridge, NJ 08857

New address:  164 Cindy Street
              Old Bridge, NJ 08857

New phone no.:: ____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  **June 2, 2023**                                /s/ Lysette Coraggio
                                                       Signature

*rev. 8/1/2021*