Certificate Number: 05781-NJ-DE-037639046

Bankruptcy Case Number: 23-14146



05781-NJ-DE-037639046

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 1, 2023, at 8:49 o'clock AM PDT, Lysette Coraggio completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   August 1, 2023                            By:      /s/Allison M Geving

                                                  Name:    Allison M Geving

                                                  Title:   President