Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−14146−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lysette Coraggio
   164 Cindy Street
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−5833

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 19, 2023.

Dated: September 19, 2023
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Lysette Coraggio  
    Debtor

Case No. 23-14146-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Sep 19, 2023      Form ID: plncf13      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lysette Coraggio, 164 Cindy Street, Old Bridge, NJ 08857-3086 |
| 519917016 | + | Bank of America/Fia Card Services, C/O Feredrick Wanberg & Associates, 375 E. Elm St., Suite 210, Conshohocken, PA 19428-1973 |
| 519967456 | + | CAN Capital, Inc., assignee of WebBank, 1850 Parkway Place, Suite 1150, Marietta, GA 30067-4439 |
| 519917018 | + | Can Capital, 1850 Parkway Place, Suite 1150, Marietta, GA 30067-4439 |
| 519952123 | + | Chase Mortgage Holdings, Inc. s/b/m to JPMC, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 519917022 | + | Fundworks, 299 S. Main St., Suite 1300, PNB 93894, Salt Lake City, UT 84111-2241 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 19 2023 21:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 19 2023 21:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519932646 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2023 22:04:54 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519917017 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 19 2023 21:51:06 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 519931094 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2023 21:51:26 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519917019 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 19 2023 21:51:23 | Chase, 700 Kansas Lane, LA4-6633, Monroe, LA 71203 |
| 519917020 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 19 2023 21:52:00 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 520024141 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2023 21:51:16 | LVNV Funding LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 520024142 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2023 22:04:39 | LVNV Funding LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 519979262 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 19 2023 21:31:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519917023 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 19 2023 21:31:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519965716 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2023 22:03:14 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 19, 2023 | Form ID: plncf13 | Total Noticed: 19 |

| 519917024 | + Email/PDF: pa_dc_claims@navient.com | | |
|---|---|---|---|
| | | Sep 19 2023 21:51:16 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519917021 | | Edward Cronk |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 21, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Phillip Andrew Raymond | on behalf of Creditor Chase Mortgage Holdings Inc. s/b/m to JPMC Specialty Mortgage LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Robert C. Nisenson | on behalf of Debtor Lysette Coraggio r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5