| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-14146 / MBK**

Lysette Coraggio

Petition Filed Date: 05/16/2023
341 Hearing Date: 06/15/2023
Confirmation Date: 09/13/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/22/2023 | $1,000.00 | 973233584 | 07/18/2023 | $1,000.00 | 973233775 | 08/17/2023 | $1,000.00 | 973234012 |
| 09/18/2023 | $1,000.00 | 973234214 | 10/17/2023 | $1,000.00 | 973234383 | 11/21/2023 | $1,000.00 | 973234686 |
| 12/27/2023 | $1,000.00 | 973234901 | | | | | | |

**Total Receipts for the Period:  $7,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Lysette Coraggio | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert C. Nisenson, Esq.<br>»» AMD DISCLOSURE 5/17/23 | Attorney Fees | $2,600.00 | $2,600.00 | $0.00 |
| 1 | CACH, LLC<br>»» GENERAL ELECTRIC CAPITAL CORPORATION | Unsecured Creditors | $1,508.96 | $43.08 | $1,465.88 |
| 2 | Advanta Bank Corporation | Unsecured Creditors | $25,312.64 | $722.64 | $24,590.00 |
| 3 | CHASE MTG HOLDINGS, INC.<br>»» P/164 CINDY ST/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» CROSS RIVER BANK/BEST EGG | Unsecured Creditors | $38,023.73 | $1,085.52 | $36,938.21 |
| 5 | Can Capital<br>»» WEBBANK | Unsecured Creditors | $36,110.72 | $1,030.91 | $35,079.81 |
| 6 | PNC BANK, NA<br>»» P/164 CINDY ST/2ND MTG | Mortgage Arrears | $63.85 | $63.85 | $0.00 |

**Chapter 13 Case No. 23-14146 / MBK**

| **SUMMARY** | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 1/25/2024: | | | |
| Total Receipts: | $7,000.00 | Plan Balance: | $52,000.00 ** |
| Paid to Claims: | $5,546.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Trustee: | $537.00 | Arrearages: | $0.00 |
| Funds on Hand: | $917.00 | Total Plan Base: | $59,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**