## UNITED STATES BANKRUPTCY COURT

District of New Jersey (Trenton)

In re:

LYSETTE CORAGGIO

Case No.: 23-14146

Chapter: 13

### NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE
### CLAIM  3

Now comes Chase Mortgage Holdings, Inc. s/b/m to JPMC Specialty Mortgage LLC, and hereby withdraws its Notice of Mortgage Payment Change which was filed in this Court on 04/08/2024. The Notice of Mortgage Payment Change ("Notice") is being withdrawn as it was inadvertently filed.

Respectfully submitted,

/s/Raymond Reynolds

Execution Date: 06/12/2024

Authorized Officer

JPMorgan Chase Bank, N.A.

Chase Records Center Attn: Correspondence Mail

700 Kansas Lane, Mail Code LA4-5555

Monroe LA 71203

866-243-5851

PCN_Escalations@chase.com

# UNITED STATES BANKRUPTCY COURT

District of New Jersey (Trenton)

Chapter 13  No. 23-14146
Judge: CHIEF JUDGE MICHAEL B. KAPLAN

In re:
LYSETTE CORAGGIO

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before June 14, 2024 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:

By U.S. Postal Service First Class Mail Postage Prepaid

LYSETTE CORAGGIO
164 CINDY STREET

OLD BRIDGE NJ 08857

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Debtor's Attorney:

By U.S. Postal Service First Class Mail Postage Prepaid

ROBERT C NISENSON
ROBERT C NISENSON LLC
10 AUER COURT
SUITE E
EAST BRUNSWICK NJ 08816

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Trustee:

By U.S. Postal Service First Class Mail Postage Prepaid

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853

TRENTON NJ 08650

/s/Raymond Reynolds
Authorized Officer
JPMorgan Chase Bank, N.A.