Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 23-14146 / MBK**

Lysette Coraggio

Petition Filed Date: 05/16/2023
341 Hearing Date: 06/15/2023
Confirmation Date: 09/13/2023

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2024 | $1,000.00 | 977030111 | 02/28/2024 | $1,000.00 | 977030515 | 03/27/2024 | $1,000.00 | 977030706 |
| 04/25/2024 | $1,000.00 | 977031000 | 06/03/2024 | $1,000.00 | 977031292 | 06/25/2024 | $1,000.00 | 977031483 |
| 07/24/2024 | $1,000.00 | 977031685 | 08/27/2024 | $1,000.00 | 977031977 | 09/25/2024 | $1,000.00 | 977032214 |
| 10/23/2024 | $1,000.00 | 980272585 | 11/25/2024 | $1,000.00 | 980272888 | 12/27/2024 | $1,000.00 | 980273193 |

**Total Receipts for the Period: $12,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $19,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Lysette Coraggio | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert C. Nisenson, Esq. »» AMD DISCLOSURE 5/17/23 | Attorney Fees | $2,600.00 | $2,600.00 | $0.00 |
| 1 | CACH, LLC »» GENERAL ELECTRIC CAPITAL CORPORATION | Unsecured Creditors | $1,508.96 | $140.73 | $1,368.23 |
| 2 | Advanta Bank Corporation | Unsecured Creditors | $25,312.64 | $2,600.12 | $22,712.52 |
| 3 | CHASE MTG HOLDINGS, INC. »» P/164 CINDY ST/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC »» CROSS RIVER BANK/BEST EGG | Unsecured Creditors | $38,023.73 | $3,905.77 | $34,117.96 |
| 5 | Can Capital »» WEBBANK | Unsecured Creditors | $36,110.72 | $3,709.27 | $32,401.45 |
| 6 | PNC BANK, NA »» P/164 CINDY ST/2ND MTG | Mortgage Arrears | $63.85 | $63.85 | $0.00 |
| 7 | EDWARD CRONK »» LOAN | Unsecured Creditors No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |
| 8 | PNC BANK, NA »» 164 CINDY ST/PP ARREARS 9/11/24/AMD 10/23/24 | Mortgage Arrears | $3,954.84 | $3,740.00 | $214.84 |

**Chapter 13 Case No. 23-14146 / MBK**

| SUMMARY | | | |
|---|---|---|---|
| | | | |

Summary of all receipts and disbursements from date filed through 1/23/2025:

| Total Receipts: | $19,000.00 | Plan Balance: | $40,709.00 ** |
|---|---|---|---|
| Paid to Claims: | $16,759.74 | Current Monthly Payment: | $1,000.00 |
| Paid to Trustee: | $1,310.99 | Arrearages: | $0.00 |
| Funds on Hand: | $929.27 | Total Plan Base: | $59,709.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**